Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−17302−JKS
                Chapter:  7
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Larisa Mezheritsky
   100 Old Palisade Road
   UNIT PL6
   Fort Lee, NJ 07024

Social Security No.:
   xxx−xx−3003

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/22/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 22, 2019
JAN: zlh

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Larisa Mezheritsky
    Debtor

Case No. 19-17302-JKS
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 22, 2019
                     Form ID: 148     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2019.
db          +Larisa Mezheritsky,    100 Old Palisade Road,    UNIT PL6,    Fort Lee, NJ 07024-7035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 00:15:00     U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 00:14:56     United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
518186701     +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 23 2019 00:15:24     Bayview Loan Servicing, LLC,    Customer Support Department,    4425 Ponce de Leon Boulevard, 5th Floor,    Coral Gables, FL 33146-1837
                                                                                                                                       TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2019 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, As Trustee, et al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Jeffrey Lester    jlester@bllaw.com, NJ19@ecfcbis.com
         Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, As Trustee, et al. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         Michael Goodman    on behalf of Debtor Larisa   Mezheritsky michael@mgoodmanpclaw.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                             TOTAL: 5